AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Montana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. MJ-21-16 M-KLD
)
10830 Lost Prairie Road, Marion, Montana 59925 )
)
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, for description of the item to be searched, which is incorporated herein by reference.

located in the _____ District of _____Montana_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B for a list of items to be searched for and seized, which is incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(8) | Prohibited Person in Possession of Firearms or Ammunition |

The application is based on these facts: 1) (KLD 2/1/21)
The accompanying affidavit, Attachment C, is incorporated as if fully restated herein.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____/s/ Thomas Hess_____
Applicant's signature

Thomas Hess, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___Telephone___ *(specify reliable electronic means)*.

Date: 2-1-2021

_____Kathleen L. DeSoto_____
Judge's signature

City and state: Missoula, Montana       Hon. Kathleen L. DeSoto, U.S. Magistrate Judge
Printed name and title