## ATTACHMENT A

The Glenn Alan Conner residence is further described as a single-family, three-story house with a wraparound porch with a gable in the approximate center. The residence has a grey metal roof and is wood sided. It has a deck composed of wood polymer. There is a stainless-steel chimney pipe protruding from the roof. The roof also has a dormer above the roofline.

