## ATTACHMENT B
### Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of 18 U.S.C. §§ 922(g)(1), include the following:

1. Firearms inside the Target Residence, including the garage and the residence;
2. Ammunition inside the Target Residence that is used for the firearms;
3. Controlled substances;
4. Documentary evidence establishing residency and evidence of occupancy by Glen Alan Conner, and others, in the Target Residence.

## ATTACHMENT C









