IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| In the Matter of the Search of: | MJ 21-16-M-KLD |
|---|---|
| 10830 Lost Prairie Road, Marion, Montana 59925 | ORDER |

The warrant in the above-entitled matter having been executed and returned

- together with a copy of the certified inventory of the property seized - to the

undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 18th day of February, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1