AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Montana

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
10830 Lost Prairie Road, Marion, Montana 59925

Case No. MJ-21-16-M-KLD

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Montana _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, for description of the item to be searched, which is incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for a list of items to be searched for and seized, which is incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before  Feb 15, 2021  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Kathleen L. DeSoto, U.S. Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  Feb 1, 2021 @ 9:38am            *(Judge's signature)*

City and state:  Missoula, Montana            Hon. Kathleen L. DeSoto, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: MJ-21- - -KLD | Date and time warrant executed: 2/4/2021 0632 | Copy of warrant and inventory left with: Crystal Conner |
| Inventory made in the presence of: Andrew Wesmund Jacqui Sutton |||
| Inventory of the property taken and name(s) of any person(s) seized: |||
| See attached evidence log. |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/18/21

SA Thomas S. H
*Executing officer's signature*

Special Agent Thomas S Hess
*Printed name and title*

# EVIDENCE LOG

DATE: 2/4/2021
LOCATION: 10930 Colt Drive Rd, Marion, MT

1/3

| ITEM | DESCRIPTION | LOCATION | AGENT |
|---|---|---|---|
| 1 | Ammo | Safe Room 1 | JS |
| 2 | FN 57 x 28 #386111332 | | |
| 3 | Palmetto State Armory, PA-15, multi, s/n SD8574438 | SR1 | |
| 4 | Extreme Tact, XT-15, multi, s/n MT0173 | SR1 | |
| 5 | Sure fire suppressor SF6-REC s/n A38W03203 | SR1 | |
| 6 | Knights Arm, SR-16, 7.62 s/n KN098174 | SR1 | |
| 7 | Knights Arm, SR-25, 7.62 s/n 94448 silencer | SR1 | |
| 8 | Anderson Mfg, AM-15, multi, s/n 15156074 | SR1 | |
| 9 | Colt, Sportex Comp 223, s/n CH016618 | SR1 | |
| 10 | Extreme Tac, XT-15, multi, s/n MT0105 | SR1 *Confirm s/n | |
| 11 | Tbn out fitters Tbn outfitters, LCM 1607 | SR1 | |
| 12 | Tbn out fitters, Tbn SD, 9mm s/n SD237 silencer | SR1 | |
| 13 | Remington model 700, 308 s/n G7185707 | SR1 | |
| 14 | Tbn out fitters, sh, LCM 1605 | SR1 | |
| 15 | Tbn outfitter, 9mm, SD236 silencer | SR1 | |
| 16 | Special Weapons Tac Gun- struck | SR1 | |
| 17 | Marlin co, model 60, 22LR, 20537693 | SR1 | |
| 18 | Extreme Tac XT-15, multi, MT 0301 | SR1 | |

# EVIDENCE LOG

**DATE:** 2/4/21
**LOCATION:** 10830 Cyl farm Rd, Marion, MT

2/3

| ITEM | DESCRIPTION | LOCATION | AGENT |
|---|---|---|---|
| 20 | Anderson Mfg, AR 15, mult, 160771 v1 | SLI | JS |
| 21 | Bushing Arms, Bulk mark, 2446, S07215333 | SLI | JS |
| 22 | KelTec CNC ATAC, silencer, stain $1145789 | SLI | JS |
| 23 | Bushing Arms, Tactical Solution, 22LR, BSSNT21020 | SLI | JS |
| 29 | Rohm, 22 Blank, 715 907 | SLI | JS |
| 25 | Bushing Arms, Colt Huron, 12g, sh, EDINPMYHU | SLI | JS |
| 26 | Mossberg, T9898L60 | Master Bed | MS |
| 27 | Mossberg, 17sc, KG78003 | BR1 | JS |
| 26 | Glock, model 17, 9mm, VES107 | SR1 | JS |
| 28 | Savage, model 64, 22LR, 1534396 | SR1 | JS |
| 30 | Glock 26, 9mm, BCYB162 | Bd 2 | KS |
| 31 | Savage 311, 12g, sh, No # | Bd 3 | KS |
| 32 | Glock, 9mm, 17, Sh, VES188 | Master Bed | MW |
| 33 | Tactical Solution, 22 LR, SIS NJDG306 | BD 3 | KS |
| 34 | Gemtech, S1145000, 22LR Silencers (#73) | BD 3 | KS |
| 35 | Bushing Arms, Medallion, 243 sh, 2942142351 | Front Desk | JPG |
| 36 | Extreme Tactical, XT 15, mult, NT6257 | Kitchen | JPG |

# EVIDENCE LOG

DATE: 2/4/21

LOCATION: 10630 Lost Prairie Rd, Marion, MT

3/3

| ITEM | DESCRIPTION | LOCATION | AGENT |
|---|---|---|---|
| 28 | Glock 19 9mm BBXA134 | Bed 3 | DBN |

# EVIDENCE LOG

DATE: 2/4/21
LOCATION: 10836 Lost Prairie Rd Marion, MT

| ITEM | DESCRIPTION | LOCATION | AGENT |
|---|---|---|---|
| | 10830 Lost Prairie Rd Marion, MT | | Sprenger |
| 1 | Winchester, model unknown, SN: L3344512, 12 gauge shotgun | Storage Rack - Hydeon Tucson MT E6357 | Sprenger |
| 2 | Extreme Tactical, model XT-15, SN: MT0300, multi caliber | Front - Hydeon Tucson MT E6357 | Sprenger |
| 3 | Glock 26, SN: BFGN997, 9mm pistol with magazine | Driver's side Pant seat Hydeon Tucson MT: E6357 | Sprenger |
| 4 | Ammunition, 1 Magazines | Hydeon Tucson MT: 56357 | Sprenger |